IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN LAMAR HILEY                                                PLAINTIFF
ADC #132442

v.                            No. 4:24-cv-1000-DPM

MIKE KNOEDL, Sheriff, Dallas
County; JORDAN ABLES,
Deputy Sheriff, Dallas County;
FORDYCE POLICE DEPARTMENT;
JOHN MACNICHOL, Mayor, City
of Fordyce; and DOE, Officer,
Fordyce Police Department                                       DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation as modified, *Doc. 5*, and overrules Hiley's objections, *Doc. 6*. Fed. R. Civ. P. 72(b)(3). Here's the modification. The first sentence of the second full paragraph on page two of the recommendation should read "First, because Plaintiff says he was in custody for a parole violation, his inadequate medical care claim should fall under the Eighth Amendment."

Hiley's amended complaint will be dismissed without prejudice. Strike recommended. 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2025