IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADRIAN LAMAR HILEY                                                      PLAINTIFF
ADC #132442

v.                      No. 4:24-cv-1000-DPM

MIKE KNOEDL, Sheriff, Dallas
County; JORDAN ABLES,
Deputy Sheriff, Dallas County;
FORDYCE POLICE DEPARTMENT;
JOHN MACNICHOL, Mayor, City
of Fordyce; and DOE, Officer,
Fordyce Police Department                                               DEFENDANTS

## JUDGMENT

Hiley's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2025